UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA       :    INDICTMENT

       - v. -                :    **18 CRIM 674**

FRANK QUIROGA,                 :

       Defendant.             :

- - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

1. On or about June 21, 2018, in the Southern District of New York, FRANK QUIROGA, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce a firearm, to wit, a 9 millimeter semi-automatic Beretta pistol, which had previously been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Sections 922(g)(1) and 2.)

_____  9/21/18
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/21/18
```

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

v.

FRANK QUIROGA,

                Defendant.

---

**INDICTMENT**

18 Cr.

(18 U.S.C. §§ 922(g)(1) and 2.)

GEOFFREY S. BERMAN
United States Attorney

*[signature]*
Foreperson

---

9.21.2018 Wheel A. J. Nathan
          *[signature]* USMJ
Indictment filed 9/21/18
Arrest warrant