From: Donald Yannella   Fax: (646) 430-8319   Case 1:18-cr-00674-PGG   Document 26   Filed 11/14/23   Page 2 of 2   Ext: (212) 805-7986   11/14/2023 1:20 PM

Case 1:18-cr-00674-PGG   Document 25   Filed 11/14/23   Page 1 of 1

Law Offices of
# Donald J. Yannella
A NY Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

135 Prospect Street, 1st floor          299 Broadway, Suite 800
Ridgewood, NJ 07450                      New York, NY 10007
                                         (Preferred mailing address)

November 14, 2023

Hon. Paul G. Gardephe
United States District Judge
40 Foley Square
New York, NY 10007

   Re:   United States v. Frank Quiroga, 18 Cr. 674 (PGG)

Dear Judge Gardaphe:

   I am defense counsel for Frank Quiroga on this violation of supervised release, which is next scheduled for a hearing on November 21, 2023. With the consent of Assistant United States Attorney Andrew Chan, I respectfully request an adjournment of approximately 60 days. Mr. Quiroga still has a case pending in Queens County Supreme Court, and the parties are discussing possible disposition.

                                         Sincerely,

                                         *[signature]*

                                         Donald J. Yannella, Esq.

MEMO ENDORSED

The Application is granted. The hearing is adjourned to January 11, 2024, at 2:00 p.m.

SO ORDERED:

*[signature]*
Paul G. Gardephe, U.S.D.J.

Dated: Nov. 14, 2023