Law Offices of
## Donald J. Yannella
A NY Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

**135 Prospect Street, 1st floor**  
**Ridgewood, NJ 07450**

**299 Broadway, Suite 800**  
**New York, NY 10007**  
(Preferred mailing address)

January 6, 2024

Hon. Paul G. Gardephe  
United States District Judge  
40 Foley Square  
New York, NY 10007

**MEMO ENDORSED:** The hearing in this matter currently scheduled for January 11, 2024, is adjourned to **March 11, 2024, at 2:00 p.m.**

SO ORDERED.

*/s/ Paul G. Gardephe/*

Paul G. Gardephe  
United States District Judge

Dated: January 8, 2024

Re:   United States v. Frank Quiroga, 18 Cr. 6

Dear Judge Gardaphe:

    I am defense counsel for Frank Quiroga on this ~~ ("VOSR"), which is next scheduled for a hearing on January 11, 2024. With the consent of Assistant United States Attorney Andrew Chan, I respectfully request an adjournment of approximately 60 days. Mr. Quiroga still has two cases pending in Queens County Supreme Court, and the parties are discussing possible disposition on the VOSR.

    Mr. Quiroga has had no new arrests since VOSR proceedings were commenced on or about July 10, 2023. He continues to live in a shelter with his domestic partner and her son. He attends the Fortune Society and is enrolled in a GED program.

    We respectfully submit that it serves the interests of justice to determine how Mr. Quiroga continues to adjust to supervision.

Sincerely,

*/s/ Don Yannella/*

Donald J. Yannella, Esq.

cc:   U.S.P.O. Michael Imrek  
      U.S.P.O. Michael Estreicher