Law Offices of
# Donald J. Yannella
A NY Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

| | |
|---|---|
| **135 Prospect Street** | **299 Broadway, Suite 800** |
| **Ridgewood, NJ  07450** | **New York, NY  10007** |
| | (Preferred mailing address) |

March 28, 2024

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY  10007

      Re:    United States v. Frank Quiroga, 18 Cr. 674 (PGG)

Dear Judge Gardephe:

      I am defense counsel for Frank Quiroga on this violation of supervised release ("VOSR"), which is next scheduled for an appearance on April 2, 2024.  He is charged in six specifications.

      Specifications 1 and 2 relate to an arrest for assault and criminal mischief on January 24, 2023.  That case, docket CR-005886-23QN, was dismissed and sealed on June 27, 2023.

      Specifications 3, 4 and 5 relate to Mr. Quiroga's arrest on April 5, 2023, involving a dispute with his ex-girlfriend's family.  That case is a misdemeanor, docket CR-010878-23N, and is adjourned to May 9, 2024, in Queens County Criminal Court.

      Specifications 6 and 7 relate to an assault on May 9, 2023.  Under Indictment 72207-23, Mr. Quiroga pleaded guilty to a misdemeanor and was sentenced to a conditional discharge. Specification 7 of the VOSR charges Mr. Quiroga with failing to inform his United States Probation officer about his arrest for this assault case.

      Mr. Quiroga has two more assault cases pending in New York County:  CR-003760-24NY and CR-003818-24NY.  Both are misdemeanors next on for an appearance on April 10, 2024, in Part D of New York County Criminal Court. The first is a domestic assault case in which the complainant recanted even before Mr. Quiroga surrendered himself.  The second is an alleged fight in the holding cells of New York County Criminal Court while awaiting arraignment.  He had been in holding cells for over 24 hours.

      Mr. Quiroga is busy in programming. Twice a week attends in-person group meetings at a program called Bridges Back to Life in Brooklyn, and once per week he attends via Zoom with a counselor, "Mr. K." His federal probation officer helped him get into this program.

      Every Thursday, Mr. Quiroga attends anger management classes at the Fortune Society in Queens. Through the Fortune Society, he is scheduled to start workshop training, which is designed to lead to a job.

      Mr. Quiroga attended Graduate Equivalency Degree ("GED") courses through the Fortune Society for three weeks in February. He is exploring trying to take the GED examination.

      I have consulted with the United States Probation Officers and AUSA Andew Chan. I have the consent of the AUSA Chan and Probation Officer Michael Imrek to request a 60 day adjournment from April 2, 2024, so that Mr. Quiroga can resolve his remaining open state court matters. That would also afford Mr. Quiroga an opportunity to continue in counseling and programming.

Sincerely,

/s/

Donald J. Yannella, Esq.

cc:    U.S.P.O. Michael Imrek
       U.S.P.O. Michael Estreicher

**MEMO ENDORSED:** The hearing in this case currently scheduled for April 2, 2024 is adjourned to **June 3, 2024, at 2:00 p.m.**

SO ORDERED.

*[signature: Paul G. Gardephe]*

Paul G. Gardephe
United States District Judge

Dated: March 29, 2024