Law Offices of
## Donald J. Yannella
A NY Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

**135 Prospect Street**   **299 Broadway, Suite 800**
**Ridgewood, NJ  07450**   **New York, NY  10007**
(Preferred mailing address)

September 27, 2024

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

MEMO ENDORSED

The Application is granted. The hearing is adjourned to December 2, 2024 at 3:00 p.m.

SO ORDERED:

_/s/ Paul A. Gardephe_
Paul G. Gardephe, U.S.D.J.

Dated: Sept. 30, 2024

Re:   United States v. Frank Quiroga, 18 Cr. 674 (PGG)

Dear Judge Gardephe:

    I am defense counsel for Frank Quiroga, who is scheduled to appear on October 1, 2024, for a violation of supervised release ("VOSR") conference. With the consent of Assistant United States Attorney Andrew Chan, I respectfully request that the conference be adjourned for sixty days.   Since the defense last provided an update to the Court on July 19, 2024 (ECF No. 35), Mr. Quiroga has no new arrests.

    In Queens County indictment 72207-23, Mr. Quiroga pleaded guilty on March 5, 2024, to misdemeanor assault in Part Tap A.  He was sentenced to a one-year conditional discharge, and he is still in compliance.

    In Queens County docket CR-010878-23QN, Mr. Quiroga completed an Anger Management program through the Fortune Society, and he agreed to begin another 26-week program called A.P.I.P. (Abusive Partnership Intervention Program). That is the same program mandated in New York County.  The Court went along with the parties' suggestion that if he successfully completes the program, he will be permitted to plead guilty to a violation.  That is an open case, and it is adjourned to November 18, 2024.

    In New York County docket CR-003760-24NY, Mr. Quiroga pleaded guilty to Harassment in the 2nd degree, P.L. § 240.26(1). He is mandated to complete the APIP program. That case is adjourned to November 7, 2024.

    New York County docket CR-003818-24NY, which involved an assault in the holding cell prior to arraignment, was dismissed.

Thank you for your courtesy and attention to this matter.

Sincerely,

/s/

Donald J. Yannella, Esq.

cc.   U.S.P.O. Michael Imrek
      U.S.P.O. Michael Estreicher